FILED
CLERK, U.S. DISTRICT COURT

OCT 21 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

IN THE MATTER OF THE SEIZURE ) CR MISC. NO. 19CM00358
OF $85,177.00 IN U.S. CURRENCY )
AND $488,789.00 IN U.S. ) [~~PROPOSED~~] ORDER EXTENDING
CURRENCY ) UNITED STATES OF AMERICA'S TIME
 ) TO FILE COMPLAINT FOR
 ) FORFEITURE
_____ )

Pursuant to the stipulation and request of the parties, and

good cause appearing therefor, IT IS ORDERED that, pursuant to 18

U.S.C. § 983(a)(3)(A), the deadline by which the United States of

America shall be required to file a complaint for forfeiture with

/ / /

/ / /

/ /

/ /

/ /

/ /

/ /

/ /

1   respect to $85,177.00 in U.S. Currency and $488,789.00 in U.S.

2   Currency shall be extended to December 7, 2019.

3   DATED:      10/21/19            OTIS D. WRIGHT II

4                                  UNITED STATES DISTRICT JUDGE

5   PRESENTED BY:

6   NICOLA T. HANNA
    United States Attorney
7   BRANDON D. FOX
    Assistant United States Attorney
8   Chief, Criminal Division
    STEVEN R. WELK
9   Assistant United States Attorney
    Chief, Asset Forfeiture Section
10

11         /s/
    BRENT A. WHITTLESEY
12   Assistant United States Attorney

13   Attorneys for
    United States of America
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE BY MAILING

I am a citizen of the United States and a resident of or employed in Los Angeles County, California; my business address is the Office of United States Attorney, 312 North Spring Street, 14th Floor, Los Angeles, California 90012; I am over the age of 18; and I am not a party to the above-titled action;

On October 21, 2019, I served a copy of: **[PROPOSED] ORDER EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date shown below following our ordinary office practices.

> **TO:  Victor Sherman, Esq.**
> **11400 W. Olympic Bl., Suite 1500**
> **Los Angeles, CA 90064**

I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

This Certificate is executed on October 21, 2019, at Los Angeles, California.  I certify under penalty of perjury that the foregoing is true and correct.

**TARA B. VAVERE**
Senior Paralegal, FSA